UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
FELESTASIA G. MAWERE,

    Plaintiff,

-against-

CITCO FUND SERVICES (USA)
"CITCO", HANIA ABROU-MCMCARTHY
and ANN FRECHETTE

    Defendants.
----------------------------------X

**MEMO ENDORSED**

09 Civ. 01342 (BSJ)(DF)

APR 17 2009

**STIPULATED
SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that following is the parties' proposed Civil Case Management Plan and Scheduling Order, in accordance with Federal Rules of Civil Procedure 16 and 26(f).

1. All parties do not consent to conducting further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2. Motion for Joinder of Additional Parties to be completed by ~~May 20~~ July 17, 2009.

3. Motion for Amendment of the Complaint by ~~May 20~~ July 17, 2009.

4. The parties must complete their initial disclosures under Federal Rule of Civil Procedure 26(a)(1) no later than May 20, 2009.

5. The parties must complete **fact** and expert discovery no later than December 18, 2009.

6. The parties shall serve initial requests for production of documents by June ~~29~~ 5, 2009.

7. The parties shall serve interrogatories by June ~~29~~ 5, 2009.

8. The parties shall serve requests to admit no later than November 6, 2009.

9. Every party-proponent that intends to offer expert testimony in respect of a claim—including any counterclaim, cross-claim or third-party claim—must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by September 21, 2009. Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures

required by Federal Rule of Civil Procedure 26(a)(2) by October 20, 2009.

10. The parties may make post-discovery dispositive motions in accordance with the Court's Individual Practices and the following schedule:

   a. Parties must serve moving papers, if any, by February 19, 2010.

   b. Parties must serve opposition papers, if any, by April 2, 2010.

   c. Parties must serve reply papers, if any, by April 23, 2010.

11. Unless otherwise ordered by the Court, within 30 days from the date for the completion of discovery in a civil case or, if a party has filed a dispositive motion, then within 45 days of a decision resolving the motion, the parties shall submit to the Court for its approval a joint pretrial order prepared in accordance with the Court's Individual Practices and Federal Rule of Civil Procedure 26(a)(3).

12. Counsel for the parties have conferred and their present best estimate of the length of trial is five (5) days.

Dated: Bronx, New York
       April 16, 2009

_____
Edward H. Wolf, Esq. (EHW656)
Wolf & Wolf, LLP
Attorneys for Plaintiff
910 Grand Concourse, Ste. 1F
Bronx, New York 10451
(718) 410-0653

_____
Kenneth Kirschner, Esq. (KK-0252)
Hogan & Hartson LLP
Attorneys for Defendants
875 Third Avenue
New York, NY 10022
(212) 918-3000

SO ORDERED  4/20/09

_____
Hon. Debra Freeman
United States Magistrate Judge